■ WILLIAM J. MURPHY, Respondent, v. HUNTINGTON ROLLER RINK, INC., Appellant.—

Rabin, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.